IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JAMES RICHARD CREWS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:12-cv-00009 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ENNIS, INC., | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |
| | ) | |

On October 29, 2012, Defendant Ennis, Inc. filed its Motion for Summary Judgment ("the Motion") against Plaintiff James R. "Ricky" Crews. [ECF No. 32.] Defendant supported the Motion with affidavits, deposition testimony, and evidentiary support. Plaintiff filed a response and evidence on November 12, 2012. [ECF No. 35.] I heard oral arguments on the Motion on November 20, 2012m and the Motion is now ripe for decision. For the reasons stated in the Memorandum Opinion filed herewith, I hereby **GRANT** Defendant's Motion for Summary Judgment and **DISMISS** this case from the docket of the Court.

The Clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to dismiss this case from the docket of the court.

Entered this 27th day of November, 2012.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE